■ ANJALI AUGUSTINE et al., Appellants, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [987 NYS2d 131]—Order, Supreme Court, New York County (Cynthia Kern, J.), entered February 27, 2012, which denied plaintiffs' motion to set aside the jury's verdict in favor of defendant, unanimously affirmed, without costs.

The motion court properly found that the verdict was not against the weight of the evidence (*see generally McDermott v Coffee Beanery, Ltd.*, 9 AD3d 195, 206 [1st Dept 2004]). The jury weighed the credibility of the witnesses and the evidence, and its determination was based upon a fair interpretation of the evidence (*see Williams v City of New York*, 109 AD3d 744 [1st Dept 2013]; *White v New York City Tr. Auth.*, 40 AD3d 297 [1st Dept 2007]). Concur—Gonzalez, P.J., Sweeny, Moskowitz, Freedman and Kapnick, JJ.